552 A.2d 1036

**COMMONWEALTH of Pennsylvania**

v.

**Girlie SINGH, Petitioner.**

Supreme Court of Pennsylvania.

Jan. 18, 1989.

## ORDER

PER CURIAM.

Petition for Allowance of Appeal is granted, limited to the issue whether trial counsel was ineffective for failing to request a jury instruction that prior acts of violence by the victim could be considered in support of the self-defense claim that deadly force was reasonable.